United States Bankruptcy Court
Eastern District of Tennessee

In re   Joseph David Messick                                        Case No.   3:24-bk-31457
                            Debtor(s)                               Chapter    7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
SOFA, Form 107, Item #4 - to add 2023 wages of $35,918.00; Item #13 - to add Melissa Messick gift of $8,837.72; Item #18 - completing auto transfer to CarMax Auto; Item #27 - correction dates businesses existed of MRG Meatballs 01,LLC, Messick Doughnuts, Inc. dba Krispy Kreme and MRS Meatballs 02, LLC.; Official Form 106Sum - to include new totals; Schedule A/B: Property - #4. adding value of Regency Tritoon Boat, #16 $500.00 cash on hand, #17 adding Savings Knoxville TVA Credit Union $5.00, #28 adding anticipated 2023 taxes refund $2,311.00; and Schedule C: The Property You Claim as Exempt with new totals.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**Tiffany Dilorio, Attorney for the U.S. Trustee and John P. Newton, Jr., Chapter 7 Trustee by ECF; All Creditors by First Class United States Mail.**

Date:  October 28, 2024                     /s/ C. Dan Scott
                                            C. Dan Scott 010295
                                            Attorney for Debtor(s)
                                            Scott Law Group, PC
                                            P.O. Box 547
                                            Seymour, TN 37865-0547
                                            (865)246-1050 Fax:(865)321-8378
                                            dan@scottlawgroup.com